IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KAYLAN MALEXIS PAIGE**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 2:23-cv-114-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

　　Unopposed recommendation, *Doc. 26*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Notwithstanding Paige's medical diagnoses, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Paige's complaint will be dismissed with prejudice.

　　So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2024