IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KAYLAN MALEXIS PAIGE**                                          PLAINTIFF

v.                              No. 2:23-cv-114-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                    DEFENDANT

## JUDGMENT

Paige's complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2024